DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILAGROS K. OMONTE** f/k/a **MILAGROS K. CECCARELLI,**
Appellant/Cross-Appellee,

v.

**RAFFAELE CECCARELLI,**
Appellee/Cross-Appellant.

No. 4D2022-2222

[May 2, 2024]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. FMCE19-002758.

Yosef Kudan and Alan Jay Braverman of Stok Kon + Braverman, Fort Lauderdale, for appellant/cross-appellee.

Susan R. Brown of Susan R. Brown, P.A., Plantation, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***